AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| ENCLAVE ADVISORS, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:25-cv-1314-ADA |
| LE ETA, LLC, MARC HODULICH, and JAKE KNIGHT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Marc Hodulich
815 Highcourt Road
Atlanta, GA 30327

or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Nelson/Payne Keinarth
Dickinson Wright PLLC
607 West Third Street, Suite 2500
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN



Date:    08/20/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| ENCLAVE ADVISORS, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. <u>1:25-cv-1314-ADA</u> |
| | § | |
| LE ETA, LLC, et al, | § | |
| | § | |
| Defendants. | § | |

## RETURN OF SERVICE

Came to my hand on **Friday, August 22, 2025 at 4:14 PM,**
Executed at: **815 HIGHCOURT ROAD, ATLANTA, GA 30327**
at **6:00 PM**, on **Friday, August 22, 2025**, by delivering to the within named:

### MARC HODULICH

*by personally delivering to defendant's spouse, STACY HODULICH, a person of suitable age and discretion who resides here and who, upon questioning, confirmed that this is the defendant's usual place of abode,*

a true copy of this

### SUMMONS IN A CIVIL ACTION and PLAINTIFF ENCLAVE ADVISORS, LLC'S FIRST AMENDED COMPLAINT with EXHIBITS A & B

BEFORE ME, the undersigned authority, on this day personally appeared GAVIN BARBAGELATA who after being duly sworn on oath states: "My name is GAVIN BARBAGELATA. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____    8/26/2025
**GAVIN BARBAGELATA** - **Process Server**

**Subscribed and Sworn to by GAVIN BARBAGELATA, Before Me, the undersigned authority, on this 26th day of August, 2025.**

_____
**Notary Public in and for the State of Georgia**